Fred Leiser, appellee, v. Charles Baltz, appellant. Gen. No. 30,792.
Bill for accounting. Decree that cause be referred to a master
for a full accounting. Defendant appeals. Appeal from the Supe-
rior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding.
Heard in the second division of this court for the first district at the
October term, 1925. Affirmed. Opinion filed February 1, 1927.

McCormick, Kirkland, Patterson and Fleming, for appellant; Wey-
mouth·Kirkland, Allan W. Cook, Joseph H. Pleck, of counsel. Rupert
Barry, for appellee; Jerome J. Crowley and George C. Potts, of
counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Mike
Carras, plaintiff in error. Gen. No. 31,154.
Conviction and sentence for keeping house of ill fame. Error to
the Municipal Court of Chicago; the Hon. Max Luster, Judge, presid-
ing. Heard in the second division of this court for the first district
at the October term, 1926. Reversed and remanded. Opinion filed
February 1, 1927.

Thomas A. Green, for plaintiff in error. Robert E. Crowe, State's
Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant
State's Attorneys, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Sarah
Espinosa, plaintiff in error. Gen. No. 31,155.
Conviction and sentence for being inmate of house of ill fame.
Error to the Municipal Court of Chicago; the Hon. Max Luster,
Judge, presiding. Heard in the second division of this court for the
first district at the October term, 1926. Reversed and remanded.
Opinion filed February 1, 1927.

Thomas Green, for plaintiff in error. Robert E. Crowe, State's
Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant
State's Attorneys, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Essie Weil, appellee, v. Thompson-Starrett Company, appellant.
Gen. No. 31,179.
Action for personal injuries from defective steps. Judgment for
plaintiff. Appeal from the Superior Court of Cook county; the Hon.
Harry Higbee, Judge, presiding. Heard in the second division of
this court for the first district at the October term, 1926. · Reversed
and remanded. Opinion filed February 1, 1927.

Carpenter & Grant, for appellant. Forest Garfield Smith, for
appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.